UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
**99cr10416-NMG**

**UNITED STATES**

v.

**ROBERT CORREA**

RECUSAL ORDER

May 27, 2014

SOROKIN, C.M.J.

As I was counsel of record for the defendant-petitioner Shelton Lewis, pursuant to 28 U.S.C. § 455(b)(3), I hereby RECUSE myself from this case and direct the Clerk to randomly assign another magistrate judge from the Eastern Division.

    /s/ Leo T. Sorokin
LEO T. SOROKIN
United States Magistrate Judge