UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHELTON LEWIS,<br>    *Movant,*<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>    *Respondent.* | )<br>)<br>)<br>)    No. 99-10416-NMG<br>)<br>)<br>)<br>) |

## MOTION TO TRANSFER CASE TO
## SENIOR JUDGE HARRINGTON

Movant Shelton Lewis seeks resentencing under 28 U.S.C. § 2255 and the Supreme Court's decision in *Johnson v. United States*, 135 S.Ct. 2551 (1015). *See* Dkt. 173.

Pursuant to Rule 4 of the Rules Governing Section 2255 Proceedings for the U.S. District Courts, Mr. Lewis respectfully moves this Court to transfer this case to Senior Judge Harrington. As grounds, Rule 4 provides that a § 2255 motion be forwarded "to the judge who conducted the trial and imposed sentence[]" unless that judge is "not available." Judge Harrington presided over Mr. Lewis's criminal trial, sentenced him on June 29, 2003, and resentenced him, after remand, on June 23, 2005. Mr. Lewis respectfully submits that under Rule 4 and the circumstances presented here, transfer of the case to Judge Harrington is appropriate.

                                                  Respectfully Submitted,
                                                SHELTON LEWIS
                                                By his attorney,

                                                /s/ J. Martin Richey
                                                J. Martin Richey, B.B.O. #559902
                                                Federal Public Defender Office
                                                51 Sleeper Street, 5th Floor
                                                Boston, MA 02210
                                                (617) 223-8061

*[Handwritten annotation:] Motion denied. /s/ N.M. Gorton, USDJ  2/24/17*